# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOSEPH POWLES, 2528 S. 13TH STREET, PHILADELPHIA, PA 19148 | : No. 21 EM 2015 |
| v. | : |
| CSX CORPORATION, 500 WATER STREET, JACKSONVILLE, FL 32202 AND CITY OF PHILADELPHIA, 1515 ARCH STREET, 15TH FLOOR, PHILADELPHIA, PA 19102 | : |
| PETITION OF: CSX CORPORATION | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2015, the Petition for Review is **DENIED**.